UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


United States of America,
	Plaintiff

	v.
					Case No.  10-cr-97-02/03-SM

Ronald Martel and
Garth Martel,
	Defendants

O R D E R

Defendant Ronald Martel's  motion to continue the final pretrial conference and trial is granted  (document no. 40).  Trial has been rescheduled for the May  2011 trial period.  Defendant Ronald Martel  shall file a waiver of speedy trial rights not later than April 18, 2011.  On filing of such waiver,  his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for May 11, 2011 at 2:00 p.m.

Jury selection will take place on May 17, 2011 at 9:30 a.m.

SO ORDERED.

                                                Steven J. McAuliffe
                                                  Chief Judge

April 11, 2011

cc:   Jaye Rancourt, Esq.
      Robert S. Carey, Esq.
      Donald A. Feith, AUSA
      U.S. Marshal
      U.S. Probation